UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WENDELL KEANE,

                Petitioner,

  -against-

NYS DIVISION OF PAROLE,
BRIAN TRAVIS, Comm.,

                Respondent.
---------------------------------------------------------------X

JUDGMENT
04-CV- 2070 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 8 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 5, 2005, denying petitioner's application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's application for a writ of habeas corpus; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       July 07, 2005

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court